1  BENJAMIN B. WAGNER
United States Attorney
2  BOBBIE J. MONTOYA
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, California 95814-2322
4  Telephone: (916) 554-2775

5  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE VANG, | Case No. 2:12-CV-01131-AC |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ADMINISTRATIVE RECORD; ORDER THEREON [proposed] |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties to the foregoing action, through their undersigned counsel, hereby agree and STIPULATE as follows:

1. In accordance with the Scheduling Order filed August 22, 2012, Doc. #5 at ¶ 2, defendant filed its answer on January 17, 2013, Doc. #12.

2. The Scheduling Order further provides that, in conjunction with filing the answer, defendant is also to file the administrative record.  Doc. #5 at ¶ 2.

3. The parties agree that defendant may have an additional week, to wit to January 24, 2013, to file the administrative record.  The extension is needed due to the unexpected illness of a staff member at the U.S. Attorney's Office who handles such filings.

4. There has been no prior extension herein.  In all other respects, the August 22, 2012 Scheduling Order shall remain in effect.

1     IT IS SO STIPULATED.

3   DATED: January 17, 2013           */s/ Ann M. Cerney* [e-signature authorized per 1/17/13 email]
                                              ANN M. CERNEY
                                              Attorney for Plaintiff

6   DATED: January 17, 2013           BENJAMIN B. WAGNER
                                              United States Attorney

                             By:     */s/ Bobbie J. Montoya*
                                              BOBBIE J. MONTOYA
                                              Assistant U.S. Attorney
                                              Attorney for Defendant

## **ORDER**

Good cause having been shown, the foregoing stipulation is hereby approved. The administrative record, filed January 22, 2013, is deemed timely.

IT IS SO ORDERED.

DATED: January 22, 2013.

                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE