1   BENJAMIN B. WAGNER
    United States Attorney
2   BOBBIE J. MONTOYA
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814-2322
4   Telephone: (916) 554-2775

5   Attorneys for Defendant

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  LEE VANG,                          )    Case No. 2:12-CV-01131-AC
                                       )
12                    Plaintiff,       )
                                       )    STIPULATION FOR EXTENSION OF
13          v.                         )    TIME FOR DEFENDANT TO FILE
                                       )    ADMINISTRATIVE RECORD; ORDER
14  COMMISSIONER OF SOCIAL             )    THEREON [proposed]
    SECURITY,                          )
15                                     )
                                       )
16                    Defendant.       )
                                       )
17  _____)

18          The parties to the foregoing action, through their undersigned counsel, hereby agree and

19  STIPULATE as follows:

20          1.  In accordance with the Scheduling Order filed August 22, 2012, Doc. #5 at ¶ 2, defendant

21  filed its answer on January 17, 2013, Doc. #12.

22          2.  The Scheduling Order further provides that, in conjunction with filing the answer,

23  defendant is also to file the administrative record.  Doc. #5 at ¶ 2.

24          3.  The parties agree that defendant may have an additional week, to wit to January 24, 2013,

25  to file the administrative record.  The extension is needed due to the unexpected illness of a staff

26  member at the U.S. Attorney's Office who handles such filings.

27          4.  There has been no prior extension herein.  In all other respects, the August 22, 2012

28  Scheduling Order shall remain in effect.

1    IT IS SO STIPULATED.

2

3    DATED:  January 17, 2013
                                        */s/ Ann M. Cerney* [e-signature authorized per 1/17/13 email]
                                        _____
4                                       ANN M. CERNEY
                                        Attorney for Plaintiff

5

6    DATED:  January 17, 2013           BENJAMIN B. WAGNER
                                        United States Attorney
7

8                                       */s/ Bobbie J. Montoya*
                              By:       _____
9                                       BOBBIE J. MONTOYA
                                        Assistant U.S. Attorney
10                                      Attorney for Defendant

11

12                              **ORDER**

13

14        Good cause having been shown, the foregoing stipulation is hereby approved.  The

15   administrative record, filed January 22, 2013, is deemed timely.

16        IT IS SO ORDERED.

17

18   DATED: January 22, 2013.

19

20        `                             _____
21                                      ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

Stipulation for Extension of Time for Defendant to File
Administrative Record; Order Thereon [proposed]          2