1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
        160 Spear Street, Suite 800
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                         **SACRAMENTO DIVISION**
13

14  LEE VANG,                      )      CIVIL NO.: 2:12-cv-01131-AC
                                   )
15      Plaintiff,                 )      STIPULATION AND ~~PROPOSED~~ ORDER
                                   )      FOR AN EXTENSION OF TIME
16           v.                    )
                                   )
17  CAROLYN W. COLVIN,             )
18  Acting Commissioner of         )
    Social Security[1],            )
19                                 )
        Defendant.                 )
20  _____)
21

22      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of
23
    record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from
24
    April 8, 2013, to May 23, 2013.  This is Defendant's first request for an extension of time to respond to
25

26  _____

27      [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
28  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for
    Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason
    of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Plaintiff's motion. This extension is needed because this case was transferred from another Assistant Regional Counsel, and Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: April 8, 2013              /s/ *Ann M. Cerney*
                                  (As authorized by phone on 4/5/13)
                                  ANN M. CERNEY
                                  Attorney for Plaintiff


Dated: April 8, 2013              BENJAMIN B. WAGNER
                                  United States Attorney
                                  GRACE M. KIM
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By:      */s/ Lynn M. Harada*
                                  LYNN M. HARADA
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant


## ORDER

APPROVED AND SO ORDERED:

Dated: April 9, 2013.

*[signature: Allison Claire]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2