BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California  94105
Telephone:  (415) 977-8977
Facsimile:  (415) 744-0134
E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LEE VANG, ) | CIVIL NO.: 2:12-cv-01131-AC |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | FOR AN EXTENSION OF TIME |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security[1], ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 8, 2013, to May 23, 2013.  This is Defendant's first request for an extension of time to respond to

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Plaintiff's motion. This extension is needed because this case was transferred from another Assistant Regional Counsel, and Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: April 8, 2013  /s/ *Ann M. Cerney*
(As authorized by phone on 4/5/13)
ANN M. CERNEY
Attorney for Plaintiff

Dated: April 8, 2013  BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: April 9, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE