BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LEE VANG,               ) | CIVIL NO.: 2:12-cv-01131-AC |
|                   ) | |
|    Plaintiff,     ) | STIPULATION AND PROPOSED ORDER |
|                   ) | FOR AN EXTENSION OF TIME |
|      v.              ) | |
|                   ) | |
| CAROLYN W. COLVIN,      ) | |
| Acting Commissioner of  ) | |
| Social Security[1],      ) | |
|                   ) | |
|    Defendant.     ) | |
| _____) | |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

May 23, 2013 to June 24, 2013.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defendant needs additional time to further review the defensibility of this case.

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.  Counsel sincerely apologizes to the Court and to Plaintiff's counsel for any inconvenience caused by this delay.

                Respectfully submitted,

Dated: May 22, 2013       /s/ *Ann M. Cerney*
                (As authorized by telephone on 5/22/13)
                ANN M. CERNEY
                Attorney for Plaintiff

Dated: May 22, 2013       BENJAMIN B. WAGNER
                United States Attorney
                GRACE M. KIM
                Regional Chief Counsel, Region IX
                Social Security Administration

          By:  /s/ *Lynn M. Harada*
                LYNN M. HARADA
                Special Assistant United States Attorney

                Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: May 23, 2013

                *Allison Claire*
                ALLISON CLAIRE
                UNITED STATES MAGISTRATE JUDGE