BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California  94105
     Telephone:  (415) 977-8977
     Facsimile:  (415) 744-0134
     E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LEE VANG,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,[1]<br>    Defendant. | Case No.: 2:12-cv-01131-AC<br><br>STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Prop. Order for Remand; 2:12-cv-01131-AC    1

On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reassess the severity of Plaintiff's impairments. The ALJ will also reevaluate Plaintiff's residual functional capacity for the period at issue and further consider the medical opinions of record, explaining the weight accorded to each. The ALJ should also reassess Plaintiff's credibility in accordance with Social Security Ruling 96-7p. The ALJ should then determine whether Plaintiff can perform her past relevant work, and if not, whether jobs exist in significant numbers in the national economy that Plaintiff can perform. If necessary, the ALJ should obtain the assistance of a vocational expert.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: June 19, 2013

/s/ *Ann M. Cerney*
(As authorized by email on 6/19/13)
ANN M. CERNEY
Attorney for Plaintiff

Date: June 19, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: June 19, 2013

THE HONORABLE ALLISON CLAIRE
United States Magistrate Judge