BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| LEE VANG, ) | CIVIL NO. 2:12-cv-01131-AC |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER APPROVING |
| v. ) | SETTLEMENT OF ATTORNEY FEES |
| ) | PURSUANT TO THE EQUAL ACCESS TO |
| CAROLYN W. COLVIN, ) | JUSTICE ACT |
| Acting Commissioner of ) | |
| Social Security[1], ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND, SIX-HUNDRED FIFTY

DOLLARS AND ZERO CENTS ($3,650.00). This amount represents compensation for all legal

services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance

with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.

Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on

whether the fees and expenses are subject to any offset allowed under the United States Department of

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government

2   will determine whether they are subject to any offset.

3          Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

4   determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of

5   fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the assignment executed by

6   Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

7          This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

8   and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.

9   Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims

10  that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in

11  connection with this action.

12         This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

13  attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

14                                    Respectfully submitted,

15  Dated:  September 13, 2013        By: /s/ Ann M. Cerney
                                          (As authorized by email on 9/13/13)
16                                        ANN M. CERNEY
                                          Attorney for Plaintiff
17

18                                        BENJAMIN B. WAGNER
                                          United States Attorney
19                                        DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
20                                        Social Security Administration

21  Dated:  September 13, 2013        By: /s/ Lynn M. Harada
                                          LYNN M. HARADA
22                                        Special Assistant United States Attorney

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

                                          2

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of THREE THOUSAND, SIX-HUNDRED FIFTY DOLLARS AND ZERO CENTS ($3,650.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 28, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;vang1131.fees.stip

3