1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    LYNN M. HARADA, CSBN 267616
4   Special Assistant United States Attorney
            160 Spear Street, Suite 800
5           San Francisco, California  94105
            Telephone:  (415) 977-8977
6           Facsimile:  (415) 744-0134
            E-Mail: Lynn.Harada@ssa.gov
7
    Attorneys for Defendant
8
                    **UNITED STATES DISTRICT COURT**
9                   **EASTERN DISTRICT OF CALIFORNIA**
                            **SACRAMENTO DIVISION**
10
11  LEE VANG,                          )     CIVIL NO. 2:12-cv-01131-AC
                                       )
12         Plaintiff,                  )
                                       )
13         v.                          )     STIPULATION AND ORDER APPROVING
                                       )     SETTLEMENT OF ATTORNEY FEES
14  CAROLYN W. COLVIN,                 )     PURSUANT TO THE EQUAL ACCESS TO
    Acting Commissioner of             )     JUSTICE ACT
15  Social Security[1],                )
                                       )
16         Defendant.                  )
    _____)
17          IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

18  subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

19  Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND, SIX-HUNDRED FIFTY

20  DOLLARS AND ZERO CENTS ($3,650.00).  This amount represents compensation for all legal

21  services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance

22  with 28 U.S.C. § 2412(d).

23          After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

24  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.

25  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on

26  whether the fees and expenses are subject to any offset allowed under the United States Department of

27

28          [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to
    Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as
    the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of
    section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  September 13, 2013     By: */s/ Ann M. Cerney*
                                   (As authorized by email on 9/13/13)
                                   ANN M. CERNEY
                                   Attorney for Plaintiff


                                   BENJAMIN B. WAGNER
                                   United States Attorney
                                   DONNA L. CALVERT
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

Dated:  September 13, 2013     By: */s/ Lynn M. Harada*
                                   LYNN M. HARADA
                                   Special Assistant United States Attorney

////

////

////

////

////

////

2

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of THREE THOUSAND, SIX-HUNDRED FIFTY DOLLARS AND ZERO CENTS ($3,650.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 28, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;vang1131.fees.stip

3